COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| LUIS CARLOS GALAVIZ, | | No. 08-11-00095-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 65th District Court |
| | § | |
| ALMA ROSA GALAVIZ, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC # 2010CM8306) |
| | § | |

**MEMORANDUM OPINION**

Pending before the Court is Appellant's motion to dismiss this appeal. *See* TEX.R.APP.P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs of appeal are assessed against Appellant. *See* TEX.R.APP.P. 42.1(d).


May 11, 2011

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.